USDC SCAN INDEX SHEET










GEP    4/13/05    12:43

3:05-CV-00757    SIGALA V. PALMER REIFLER

*1*

*CMP.*

Robert L. Hyde (SBN: 227183)
bob@westcoastlitigation.com
Joshua B. Swigart (SBN: 225557)
josh@westcoastlitigation.com
Hyde & Swigart
110 West 'C' Street, Suite 2018
San Diego, CA 92101
Telephone: (619) 233-7770
Facsimile: (619) 330-4657

Attorneys for Plaintiff
Ernesto D. Sigalla

FILED
05 APR 12 PM 4:02
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO D. SIGALA,<br>PLAINTIFF,<br><br>v.<br><br>PALMER, REIFLER & ASSOCIATES, P.A.,<br>DEFENDANT. | Case No.: '05 CV 0757 JAH (BLM)<br><br>VERIFIED COMPLAINT FOR DAMAGES<br><br>JURY TRIAL DEMANDED |

### INTRODUCTION

1. The United States Congress has found abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors, and has determined that abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy. Congress wrote the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq (hereinafter "FDCPA"), to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses.[1]

//
//

---

[1] 15 U.S.C. 1692(a)-(e)

VERIFIED COMPLAINT FOR DAMAGES          PAGE 1 OF 5

ORIGINAL

2. ERNESTO D. SIGALA, (hereinafter "Plaintiff"), by his attorney, brings this action to challenge the actions of PALMER, REIFLER & ASSOCIATES, P.A., (hereinafter "Defendant"), with regard to attempts by Defendant, a debt collector, to unlawfully and abusively collect a debt allegedly owed by Plaintiff, and this conduct caused Plaintiff damages.

3. For the purposes of this Verified Complaint for Damages, unless otherwise indicated, "Defendant," or "Defendants" includes all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers of the defendants named in this caption.

### JURISDICTION AND VENUE

4. Jurisdiction of this Court arises pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1692k(d), and 28 U.S.C. § 1367 for supplemental state law claims.

5. This action arises out of Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq.

6. Because Defendants do business within the State of California, personal jurisdiction is established.

7. Venue is proper pursuant to 28 U.S.C. § 1391.

### PARTIES

8. Plaintiff is a natural person who resides in the City of San Diego, County of San Diego, State of California and is obligated or allegedly obligated to pay a debt and is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

9. Plaintiff is informed and believes, and thereon alleges, that Defendant is a law partnership operating from an address at 1900 Summit Tower Boulevard, Suite 820, Orlando, FL 32810.

10. Plaintiff is informed and believes, and thereon alleges, that Defendants are persons who use an instrumentality of interstate commerce or the mails in a business the principal purpose of which is the collection of debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and are therefore "debt collectors" as that term is defined by 15 U.S.C. § 1692a(6).

//

VERIFIED COMPLAINT FOR DAMAGES          PAGE 2 OF 5
CLIENT FILES:CONSUMER:SIGALA:PRA:VERIFIED COMPLAINT.DOC

## FACTUAL ALLEGATIONS

11. At all times relevant, Plaintiff was an individual residing within the State of California.

12. Plaintiff is informed and believes, and thereon alleges, that at all times relevant Defendants conducted business in the State of California.

13. Sometime before October 21, 2004 Plaintiff allegedly incurred financial obligations to PEARSON FORD that primarily for personal, family or household purposes and are therefore "debt(s)" as that term is defined by 15 U.S.C. §1692a(5).

14. Sometime thereafter, but before October 21, 2004 Plaintiff fell behind in the payments allegedly owed on the alleged debt.

15. Plaintiff is informed and believes, and thereon alleges, that subsequently, but before October 21, 2004 the alleged debt was assigned, placed, or otherwise transferred, to Defendants for collection.

16. On or about October 21, 2004 Defendant sent Plaintiff a letter demanding payment of the alleged debt.

17. This letter to Plaintiff, by Defendant, was a "communication" as that term is defined by 15 U.S.C. § 1692a(2) and an "initial communication" as that term is addressed by 15 U.S.C. §1692g(a). (See Plaintiff's Exhibit 1).

18. This letter included a demand for payment of a "statutory service fee."

19. This "statutory service fee" was an amount that is not expressly authorized by the agreement creating the debt or permitted by law. As such, Defendant violated 15 U.S.C. §1692f(1), 1692e(2)(A), and 1692e(10).

20. On or about November 10, 2004 Plaintiff sent a letter to Defendant disputing the validity of the debt in a manner consistent with the requirements in 15 U.S.C. §1692g(b). (See Plaintiff's Exhibit 2).

21. On or about November 29, 2004 Defendant sent, and Plaintiff received, another letter demanding payment of the alleged debt. (See Plaintiff's Exhibit 3).

22. By sending this communication, and demand for payment, before validating the debt as required pursuant to 15 U.S.C. §1692g(b), Defendant violated 15 U.S.C. §1692g(b).

23. This letter included a demand for payment of a "statutory service fee of $150."

24. This "statutory service fee" was an amount that is not expressly authorized by the agreement

creating the debt or permitted by law. As such, Defendant violated 15 U.S.C. §1692f(1), 1692e(2)(A), and 1692e(10).

## CAUSES OF ACTION CLAIMED BY PLAINTIFF

### COUNT I

### VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT

### 15 U.S.C. § 1692 et seq.

25. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

26. The foregoing acts and omissions of Defendant constitute numerous and multiple violations of the FDCPA, including but not limited to each and every one of the above-cited provisions of the FDCPA, 15 U.S.C. § 1692 et seq.

27. As a result of each and every Defendant's violations of the FDCPA, Plaintiff is entitled to any actual damages pursuant to 15 U.S.C. § 1692k(a)(1); statutory damages in an amount up to $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A); and, reasonable attorney's fees and costs pursuant to 15 U.S.C. § 1692k(a)(3) from Defendant.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that judgment be entered against each Defendant for:

### FAIR DEBT COLLECTION PRACTICES ACT

- an award of actual damages pursuant to 15 U.S.C. § 1692k(a)(1) in an amount to be adduced at trial, from Defendant;
- an award of statutory damages of $1,000.00, pursuant to 15 U.S.C. §1692k(a)(2)(A), from Defendant;
- an award of costs of litigation and reasonable attorney's fees, pursuant to 15 U.S.C. § 1692k(a)(3) from Defendant.

//
//
//
//

| | |
|---|---|
| 1 | **TRIAL BY JURY** |
| 2 | Pursuant to the seventh amendment to the Constitution of the United States of America, Plaintiff is |
| 3 | entitled to, and demands, a trial by jury. |
| 5 | Dated: 4/7/05        Respectfully submitted,<br>**Hyde & Swigart** |
| 7 | By: _____<br>Joshua B. Swigart, Esq.<br>Attorney for Plaintiff |

Reformatted:

# TRIAL BY JURY

Pursuant to the seventh amendment to the Constitution of the United States of America, Plaintiff is entitled to, and demands, a trial by jury.

Dated: 4/7/05

Respectfully submitted,
**Hyde & Swigart**

By: _____
Joshua B. Swigart, Esq.
Attorney for Plaintiff

# LAW OFFICES OF
# PALMER, REIFLER & ASSOCIATES, P.A.
1900 Summit Tower Boulevard, Suite 820, Orlando, FL 32810

P.O. Box 607774
Orlando, Florida 32860-7774
(407) 215-4828

619—

TOLL FREE (866) 213-1503                                    FAX (407) 875-0739

October 21, 2004

ERNESTO D SIGALA                        PEARSON FORD
1010 RANSOM ST                          File: CAC0017592
SAN DIEGO, CA  92154-2618

Dear ERNESTO D SIGALA:

This Law Firm has been retained by CROSS CHECK, INC. in its claim against you for passing a worthless check. CROSS CHECK, INC. advises and you are hereby notified that a check numbered 103 in the face amount of $1200.00, issued by you on 11/16/1996, drawn upon your bank and payable to PEARSON FORD has been dishonored. The amount currently being requested by CROSS CHECK, INC. is $1050.00 which includes a statutory service fee. CROSS CHECK, INC. has asked our firm to collect this amount.

Previous collection efforts made by our client have met with no success. Pleased be advised that failure to respond to our law office will be construed as as refusal to pay and therefore, other actions may be taken to recover on this matter.

To make an voluntary arrangement on this matter you must contact Ms. Jennine Brandon on our firm's toll free number at (866) 213-1503 ext. 138.

Payment must reference the file number listed above and may be made by cashiers check or money order payable to Palmer, Reifler & Associates, P.A. and delivered to:

The Law Offices of Palmer, Reifler & Associates, P.A.
PO Box 54549
Los Angeles, CA, 90054-0549

Mastercard, Visa, American Express and Discover are also accepted.

Unless you dispute this debt, or any portion of it, within 30 days after you receive this notice, we will assume that it is valid. If you notify us in writing within the 30-day period that you dispute this debt or any portion of it, we will obtain verification of such debt or a copy of a judgment and will mail you a copy of such verification or judgment. If the creditor presently seeking payment of the debt is not your original creditor and you submit a written request within the 30-day period for the name and address of the original creditor, we will supply that information to you as well. If you dispute this debt or any portion thereof in writing within the 30-day period, we will delay collection until we send you the above requested verification.

Yours very truly,

Natt O. Reifler*
For the Firm

NOR/11
*Licensed in Florida Only

Credit Cards Accepted                                    Se Habla Espanol

**Plaintiff's Exhibit 1**
HYDE & SWIGART
619-233-7770

This communication is from a debt collector. This is an attempt to collect a debt.
Any information obtained will be used for that purpose.

# LAW OFFICES OF
# PALMER, REIFLER & ASSOCIATES, P.A.

1900 Summit Tower Boulevard, Suite 820, Orlando, FL 32810

P.O. Box 607774
Orlando, Florida 32860-7774
(407) 215-4828

619—

TOLL FREE (866) 213-1503                                                FAX (407) 875-0739

October 21, 2004

ERNESTO D SIGALA                                    PEARSON FORD
1010 RANSOM ST                                      File: CAC0017592
SAN DIEGO, CA  92154-2618

Dear ERNESTO D SIGALA:

This Law Firm has been retained by CROSS CHECK, for passing a worthless check. CROSS CHECK, INC. ad notified that a check numbered 103 in the face amour on 11/16/1996, drawn upon your bank and payable to has been dishonored. The amount currently being re is $1050.00 which includes a statutory service fee. our firm to collect this amount.

Previous collection efforts made by our client Pleased be advised that failure to respond to our 1 as refusal to pay and therefore, other actions may

To make an voluntary arrangement on this matter Brandon on our firm's toll free number at (866) 213-

Payment must reference the file number listed above check or money order payable to Palmer, Reifler & Associates, P.A. and delivered to:

The Law Offices of Palmer, Reifler & Associates, P.A.
PO Box 54549
Los Angeles, CA, 90054-0549

Mastercard, Visa, American Express and Discover are also accepted.

Unless you dispute this debt, or any portion of it, within 30 days after you receive this notice, we will assume that it is valid. If you notify us in writing within the 30-day period that you dispute this debt or any portion of it, we will obtain verification of such debt or a copy of a judgment and will mail you a copy of such verification or judgment. If the creditor presently seeking payment of the debt is not your original creditor and you submit a written request within the 30-day period for the name and address of the original creditor, we will supply that information to you as well. If you dispute this debt or any portion thereof in writing within the 30-day period, we will delay collection until we send you the above requested verification.

Yours very truly,

Natt O. Reifler*
For the Firm

NOR/11
*Licensed in Florida Only

Credit Cards Accepted                                      Se Habla Espanol

This communication is from a debt collector. This is an attempt to collect a debt.
Any information obtained will be used for that purpose.

---

Handwritten annotations:
11/10/2004
This check was made good on 11/18/1996. I don't owe this money, stop trying to collect on this.
(619) 501-9823

Plaintiff's Exhibit
2
HYDE & SWIGART
619-233-7770

LAW OFFICES OF

# PALMER, REIFLER & ASSOCIATES, P.A.

1900 Summit Tower Boulevard, Suite 820, Orlando, FL 32810

P.O. Box 607774
Orlando, Florida 32860-7774
(407) 875-8032

TOLL FREE (888) 572-5637                                               FAX (407) 875-0739

November 29, 2004

ERNESTO D SIGALA
1010 RANSOM ST
SAN DIEGO, CA  92154-2618

Re:    PEARSON FORD
File:  CAC0017592

## SECOND NOTICE

Dear ERNESTO D SIGALA:

A check you wrote to PEARSON FORD has been returned to PEARSON FORD unpaid.

A check numbered 103 in the face amount of $1200.00 issued by you on 11/16/1996, drawn upon your bank and payable to PEARSON FORD has been dishonored. **The amount owed to PEARSON FORD is currently $1050.00 which includes a statutory service fee of $-150.00.**

Please call our office toll free at (888) 572-5637 to make suitable arrangements for payment or instead you may send your full payment payable to PEARSON FORD and addressed to Palmer, Reifler & Associates, P.A., P.O. Box 607774, Orlando, FL 32860-7774 with the above referenced file number indicated clearly on the payment. Upon receipt of the full payment, you will receive a receipt of payment letter.

This communication is from a debt collector and this is an attempt to collect a debt and any information obtained will be used for that purpose.

Unless you dispute this debt, or any portion of it, within 30 days after you receive this notice, we will assume that it is valid. If you notify us in writing within the 30-day period that you dispute this debt or any portion of it, we will obtain verification of such debt or a copy of a judgment and will mail you a copy of such verification or judgment. If the creditor presently seeking payment of the debt is not your original creditor and you submit a written request within the 30-day period for the name and address of the original creditor, we will supply that information to you as well. If you dispute this debt or any portion thereof in writing within the 30-day period, we will delay collection until we send you the above requested verification.

Yours very truly,

Natt O. Reifler*
For the Firm

*Licensed in Florida Only

NOR/ll
Credit Cards Accepted                                                  Se Habla Espanol

*Plaintiff's Exhibit*
**3**
HYDE & SWIGART
619-233-7770

This communication is from a debt collector. This is an attempt to collect a debt.
Any information obtained will be used for that purpose.

## *Affidavit and Verification of Complaint by Earnesto D. Sigalla*

### *Regarding:*

I, Earnesto D. Sigalla, upon my oath, declare and say as follows:

(1) I am the Plaintiff in this civil proceeding.

(2) I have read the Civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information, and belief formed after reasonable inquiry.

(3) I believe that this Civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for an extension, modification, or reversal of existing law.

(4) I believe that this Civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

(5) I have filed this Civil Complaint in good faith and solely for the purposes set forth.

I, Earnesto D. Sigalla, declare the foregoing to be true and correct under penalty of perjury under the laws of the State of California.

_____
Earnesto D. Sigalla

_____
3/21/05
Date Signed

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Ernesto D. Sigalla | Palmer, Reifler & Associates, P.A. |
| **(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**<br>San Diego, CA | **COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**<br>(IN U.S. PLAINTIFF CASES ONLY)<br>Orange County, FL<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| **(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**<br>Hyde & Swigart<br>110 West C Street, Suite 2018<br>San Diego, CA 92101<br>619-233-7770 (Main) 619-330-4657 (Facsimile) | **ATTORNEYS (IF KNOWN)**<br>Unknown at this time |

Filed stamp: 05 APR 12 PM 4:02 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA   DEPUTY

Case No: 05 CV 0757 JAH (BLM)

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)**
(For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq and the California Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788 et seq.

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 120 Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | | | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| | | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 862 Black Lung (923) | |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☒ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prisoner Conditions | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appelate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 | DEMAND $<br>$2000 + Atty Fees + Costs | Check YES only if demanded in complaint:<br>JURY DEMAND: ☒ YES ☐ NO |
|---|---|---|---|

**VIII. RELATED CASE(S) IF ANY (See Instructions):**   JUDGE _____   Docket Number _____

DATE 04/07/2005         SIGNATURE OF ATTORNEY OF RECORD [signature]

#112781   $250.00   [initials]